# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>**Deborah W Wills,**<br><br>　　　　**Debtor.** | **CHAPTER 13**<br>**CASE NO.: 25-60449** |
| **Selene Finance LP, as Servicer in fact for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST**<br>　　　　　　　　Movant,<br>v.<br><br>**Deborah W Wills,**<br>　　　　**Debtor,**<br>AND<br><br>**Barry N. Wills,**<br>　　　　**Co-Debtor,**<br>AND<br><br>**Angela M. Scolforo,**<br>　　　　**Trustee.**<br><br>　　　　　　　Defendants. | FILED PURSUANT TO 11 U.S.C SECTION 362 AND 1301(c)(3) |

## MOTION SEEKING RELIEF FROM STAY AND NOTICE OF HEARING THEREON
### (237 Winesap Road, Madison Heights, Virginia 24572)

_____
Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*

NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before the 14th day from the date of service of this Motion, you or your attorney must:

File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> United States Bankruptcy Court
> Western District of Virginia
> U. S. Bankruptcy Court
> 116 N. Main Street
> Harrisonburg, VA 22802

You must also send a copy to:

> By: /s/ Tata-Annie L. King
> Tata-Annie Latoya King - VA Bar No. 100892
> Robertson, Anschutz, Schneid, Crane &
> Partners, PLLC13010 Morris Rd., Suite 450, Alpharetta, GA 30004
> Phone: 470-321-7112, ext. 52255
> Email: taking@raslg.com
> Counsel for Movant

And to:

> Trustee
> Angela M. Scolforo
> Office of the Chapter 13 Trustee
> P.O. Box 2103
> Charlottesville, VA 22902

_____
Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*

Attend the hearing scheduled for October 16, 2025 at 9:30 a.m. via Zoom. Parties to a matter set for video hearing must contact VAWBml_Connelly_Scheduling@vawb.uscourts.gov to obtain the Zoom Meeting ID number.

If you or your attorney do not take these steps, the Court may decide you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief without holding a hearing.

## MOTION SEEKING RELIEF FROM STAY AND CO-DEBTOR STAY

Comes now Selene Finance LP, as Servicer in fact for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST (the "Movant"), a movant, by Counsel, and moves this Honorable United States Bankruptcy Court for Relief from the Stay imposed by 11 U.S.C. Sections 362(a) and 1301,and in support thereof, state as follows:

1.       That this Motion is filed pursuant to 11 U.S.C. Sections 362(d) and Rules 4001 and 9014 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2.       Movant's claim is based upon a certain Note dated April 29, 2005 in the principal amount of $135,000.00 and executed by Deborah W. Wills ("Debtor") and Barry N. Wills the ("Co-Debtor"). The total amount due, including the unpaid principal balance of $156,667.52 due under said Note as of September 10, 2025 interest of $6,575.74 at the Note rate, late charges and attorney's fees and costs was approximately $164,629.03. A copy of an estimated payoff statement is attached hereto, marked as Exhibit A, as is a copy of the said Note, marked as Exhibit B. Repayment of said Note is secured by that certain Deed of Trust dated April 29, 2005

_____
Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*

as Book: 1005, Page: 134 among the land records of Amherst County, Virginia, which property

has the address of 237 Winesap Road, Madison Heights, Virginia 24572 and which is more

particularly described in the Deed of Trust as:

> That certain lot or parcel of land, together with all buildings and improvements thereon
> and privileges and appurtenances thereunto belonging, situate, lying and being in the
> Elon Magisterial District, Amherst County, Virginia, about four miles north of the City of
> Lynchburg, and now or formerly adjoining the lands of B. J. Tomlin on the east and
> south, the lands of Clarence L. and Odessa L. Herron on the west, and Winesap Road on
> the north, said lot or parcel of land being 75.75 feet in width and 200 feet in length. The
> length of said lot extends in a southerly direction, and said lot is composed of the front
> portions of Lots Nos. 91, 92 and 93, in Block "B", as shown on a plat entitled "Map of
> Midway Heights, Amherst County, Virginia", made by Adrian Overstreet, C. L. S., April
> 21, 1941, which plat is recorded in the Clerk's Office of the Circuit Court of Amherst
> County, Virginia in Plat Book "C", at page 1; LESS AND EXCEPT a strip of land
> conveyed to the Commonwealth of Virginia for the widening of State Route No. 675 by
> deed dated April 12, 1988, said deed being of record in the aforesaid Clerk's Office in
> Deed Book 591, at page 226.
>
> The property hereby conveyed is the same property conveyed to, Barry N. Wills and
> Deborah W. Wills, husband and wife, the grantors herein by a deed dated April _22_,
> 2005, from S. Clarence Wood and Deborah Wood Wills, to be recorded
> contemporaneously herewith.

A copy of said Deed of Trust and Assignment of Deed of Trust, if any, is attached hereto,

marked as Exhibit C, and expressly made a part hereof.

      3.      Secured Creditor is the holder of the note ("noteholder"), and is either the original

mortgagee, beneficiary or assignee of the security instrument for the referenced loan.

Noteholder directly or through an agent has possession of the promissory note and the

promissory note is either made payable to noteholder or has been duly endorsed.

_____
Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*

4.      That on April 14, 2025, the United States Bankruptcy Court for the Eastern

District of Virginia entered an Order for Relief under 11 U.S.C. Chapter 13 upon a petition filed

by Deborah W Wills, Case No. 25-60449.

5.      That Debtor(s) have failed to make post-petition payments to Movant, and are

therefore in default, post-petition as of September 10, 2025, as follows:

| | |
|---|---|
| 3  regular monthly payments @ $1,340.28 each 7/1/2025 – 9/1/2025 | $4,020.84 |
| Estimated attorney's fees ($1,350.00) and costs ($199.00) for  representation in this  proceeding | $1,549.00 |
| **TOTAL** | **$5,569.84** |

A copy of the post-petition payment history is attached hereto, marked as Exhibit D, and

expressly made a part hereof.

6.      By reason of the foregoing, Movant has cause for relief under 11 U.S.C. Section

362(d)(1) and 1301(c)(3) as Debtor has failed to timely tender post-petition payments. As such,

cause exists for the termination of the stay thereof.

7.      That Amherst County tax assessment states that the subject property has a current

value of $157,200.00. A copy of the tax assessment is attached hereto, marked as Exhibit E, and

expressly made a part hereof.

8.      That upon entry of an Order terminating the stay of 11 U.S.C. Section 362(a),

Movant should be free to take such actions with respect to the subject property as are set forth

_____
Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*

under applicable non-bankruptcy law (i.e. modification, short sale and other loss mitigation options), and should be relieved from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c).

THEREFORE, Movant, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 so that the undersigned may proceed to enforce its security interest in the subject property by: (i) instituting or continuing foreclosure proceedings against the subject property in state court, (ii) allowing the successful purchaser at the foreclosure sale to obtain possession of the subject property, (iii) allowing it to take such other actions with respect to the subject property as are set forth under applicable non-bankruptcy law, (iv) relieving it, its successors and/or assigns from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c) if the stay is ultimately and unconditionally lifted or terminated, and (v) that the Order be binding and effective upon Debtor despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

## NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

Movant will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records and the declaration of their maintenance as business records are available for inspection by the adverse party upon demand.

_____
Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*

## <u>NOTICE</u>

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on Movant.  Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.**

**You will be notified separately of the hearing date on the motion.**

Date: September 24, 2025.

By: /s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC13010 Morris Rd., Suite 450,
Alpharetta, GA 30004
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
Counsel for Movant

_____
Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*

# CERTIFICATE OF SERVICE

I certify that on September 25, 2025, a true copy of the foregoing Motion Seeking Relief

from Stay was served upon all necessary parties by electronic mail or by first class U.S. Mail,

with adequate postage prepaid on the following persons or entities at the addresses stated:

**Debtor**
Deborah W Wills
237 Winesap Rd
Madison Heights, VA 24572

**Co-Debtor**
Barry N. Wills
237 Winesap Rd
Madison Heights, VA 24572

**Debtor's Attorneys**
Stephen E. Dunn
Bryan James Palmer
201 Enterprise Drive
Suite A
Forest, VA 24551

**Trustee**
Angela M. Scolforo
Office of the Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902

**Trustee's Counsel**
Shannon T Morgan
Office of the Chapter 13 Bankruptcy Trustee
PO Box 2103
Charlottesville, VA 22902

**U.S. Trustee**
US Trustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011

Date: September 25, 2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

By: /s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
13010 Morris Rd., Suite 450, Alpharetta, GA 30004
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
Counsel for Movant

---

Tata-Annie Latoya King- VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52255
Email: taking@raslg.com
*Counsel for Movant*